EDWARD B. PARKER et al., Copartners Doing Business as
PARKER & SCHWARTZ, Appellants, *v.* PRESIDENT AND
DIRECTORS OF THE MANHATTAN COMPANY, Individually
and as Trustee, et al., Respondents.

(Argued March 9, 1936; decided April 14, 1936.)

*Julius Zizmor* and *Frank Zizmor* for appellants.

*Hugh G. Bergen, Howard A. Rochford* and *Herman T. Stichman* for President and Directors of the Manhattan Company, individually and as trustee, respondent.

*Sidney A. Clarkson* for Realty Supply Corporation et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Taking no part: CRANE, Ch. J.